UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
J&J SPORTS PRODUCTIONS, INC.,

              Plaintiff,

-against-

SENOR DE CHALMA CORP. and ANGEL SALGADO,

              Defendants.
------------------------------------------------------------- X

15-CV-6648 (ARR) (CLP)

<u>NOT FOR ELECTRONIC
OR PRINT PUBLICATION</u>

<u>ORDER</u>

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated December 19, 2016, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. <u>See</u> Advisory Comm. Notes to Fed. R. Civ. P. 72(b); <u>accord</u> <u>Brissett v. Manhattan & Bronx Surface Transit Operating Auth.</u>, No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Therefore, the notation of default is vacated, the certificate of default is denied, and the complaint is dismissed for failure to state a claim.

    SO ORDERED.

                                                      /s/(ARR)
                                                 Allyne R. Ross
                                                 United States District Judge

Dated: January 3, 2017
       Brooklyn, New York