FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 6 2017 ★
BROOKLYN OFFICE

DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

  -against-

SENOR DE CHALMA CORPORATION; ANGEL SALGADO,

        Defendants.

------------------------------------------------------------------ X

15-CV-6648 (ARR) (CLP)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated August 25, 2017, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. The deadline for filing objections has passed and no objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, sanctions will not be imposed. In addition, plaintiff is ordered to submit for review the written agreements between J & J and G&G Closed Circuit Events, LLC demonstrating their relationship with one another. If no written agreement exists, J & J is ordered to submit a sworn affidavit, signed by a representative of J & J, that: (1) explains why no such agreement exists, (2) details the relationship, if any, between J & J and G&G, and (3) comments on why the

1

advertisements submitted to courts in this district state that G&G is the sole licensor of the events in question—even though J & J continues to allege that it holds exclusive rights to exhibit the September 14, 2013 boxing match between Floyd Mayweather, Jr., and Saul Alvarez.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated:   October 5, 2017
         Brooklyn, New York